UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>v.<br><br>ESTEBAN PINEDA GUILLEN (2),<br><br>                          Defendant. | Case No.: 23-cr-0035-JO<br><br>**ORDER**<br>**(1) VACATING MOTIONS IN LIMINE HEARING AND TRIAL DATES;**<br><br>**(2) SETTING MOTION HEARING/TRIAL SETTING** |

      On June 2, 2023, the parties filed a joint motion to vacate the motions in limine hearing set currently set for June 23, 2023 and the jury trial date currently set for July 10, 2023, and to set a motion hearing/trial setting date 60 days out. [Dkt. 50.] For good cause appearing, the Court GRANTS the joint motion to vacate the motions in limine hearing and jury trial dates and sets the motion hearing/trial setting on August 25, 2023 at 1:30 p.m.

      For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

//
//
//
//
//

Further, on March 21, 2023, the Defendant filed a pretrial motion that remains pending. Accordingly, the Court finds that time from March 21, 2023 to August 25, 2023 shall be excluded under the Speedy Trial Act on grounds that a pretrial motion is pending. 18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED.

Dated: 6/7/23

Hon. Jinsook Ohta
UNITED STATES DISTRICT JUDGE